**FILED**

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA-19-0407

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff/Appellees, | ) | |
| | ) | **ORDER FOR** |
| vs. | ) | **ADDITIONAL TIME FOR** |
| | ) | **FILING OPENING BRIEF** |
| MICHAEL BREAREY, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant Unopposed Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from April 17, 2020 to file their Opening Brief. Defendant/Appellant Opening Brief will be due May 18, 2020.

cc: Jami Rebsom
    Martin Lambert
    Bjorn Boyer

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020